# **HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

July 15, 2019

Ge Qu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: rqu@hanglaw.com

**VIA ECF**

Hon. Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **Luk et al v. ABNS NY INC. et al**
                   1:18-cv-05170-AMD-RLM
                   Second Letter Motion for Adjournment of Arbitration Hearing

Dear Judge Mann,

     This office represents Plaintiffs Carole Luk and Ying Ying Dai ("Plaintiffs") in the above matter. I write to request an adjournment of the arbitration hearing currently scheduled for July 15, 2019 to August 15, 2019.

     The parties have previously stipulated to Michelle Riley as arbitrator in this matter. On June 4, 2019, the Court set the arbitration hearing for July 16, 2019. On June 5, 2019, Ms. Riley informed the counsel for both parties that she was unavailable for the date scheduled and proposed alternative dates. The undersigned suggested that all parties agree to an alternative date before informing the court and Ms. Riley agreed. Nonetheless, no follow-up communications occurred until today when all parties indicated that August 15, 2019 as a viable date for the first arbitration hearing.  In light of the above, the undersigned respectfully request that the Court grant the instant application.

     We appreciate the Court's time and continued attention in this matter.

                           Respectfully Submitted,
                           Hang & Associates, PLLC

                           By:  *s/ Ge Qu*

Ge Qu, Esq.
*Attorneys for Plaintiffs*

cc: All counsel of record (via ECF)