September 19. 2019

**VIA ECF**

Chambers of Magistrate Judge Roanne L. Mann
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **Luk et al v. ABNS NY INC. et al**
       1:18-cv-051570
       Response to Electronic Order to Show Cause

Dear Judge Mann,

  This office represents Defendants in the above matter. I write in response to the Electronic Order to Show Cause filed against this office September 17, 2019. First, allow me to admit that I am in default of the earlier order of this Court regarding Plaintiffs' filing of a *demand de novo* regarding the arbitration of record herein held August 15, 2019. By way of explanation, though not excuse, I would bring to the Court's attention that I am of counsel to the defendant firm having my own practice in downtown Brooklyn. I was vacationing out of town for the period extending from August 30 to September 6 and during that same period, the Hines office began the process of moving to its current location. In fact, the first official day of business in the firm's current location was this past Monday, September 16, 2019. Due the consequent muddle of things, I have been remiss in this matter and respectfully request the Court to allow me to belatedly but, immediately, comply with the terms of the Court's order. Also, I extend my sincere apologies to Plaintiff counsel. In that regard, I will complete the joint pretrial order ("JPO") served on me by plaintiff counsel and serve and docket same by tomorrow, September 20, 2019.
  We appreciate the Court's time and continued attention in this matter.

              Respectfully Submitted,
              Hines & Associates

              By: _____/s/_____

              Leonard X. Gillespie, Esq.
              Attorneys for Defendants