# Hines & Associates

450 7th Ave. Suite 305
New York, NY 10123
r.hineslaw@gmail.com
212-268-8668

June 3, 2020

The Honorable Ann Donnelly
U.S. District Court: EDNY
225 Cadman Plaza East: N 415
Brooklyn, New York 11201

  Re: Luk *et al* v. ABNS Inc. *et al*
    Case No.: 1:18-cv-05170
    Motion for Summary Judgment

Dear Judge Donnelly:

 This firm represents the defendants in the above-referenced matter. I am writing to advise the Court that we will not be filing a Reply to the plaintiffs' Post Trial Brief.

       Respectfully submitted,

       Hines & Associates
   By: _____/s/_____
       Clifford Mulqueen
       450 Seventh Avenue: Suite 305
       New York, New York 10123
       (212) 268-8668
       clifford.mulqueen@gmail.com